PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>JAMES VINCENT JR.,<br><br>                Defendant. | CASE NO. 2:21-CR-0081-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 6, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

This case was previously set for a status conference on July 6, 2021. The government and Defendant James Vincent Jr.'s counsel Christina Sinha (the "parties") now seek to continue the status conference to July 27, 2021 and exclude time under the Speedy Trial Act and Local Code T4 for reasons stated below including defense preparation.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 6, 2021.

2. By this stipulation, defendant now moves to continue the status conference to July 27, 2021, and exclude time between July 6, 2021, and July 27, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery including over 100 pages and items of

Stipulation Setting Trial Date and Regarding
Excludable Time Periods Under Speedy Trial Act

1

bates-stamped discovery and audio recordings. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to review the current charges, review the discovery, conduct research and investigation into the charges and alleged acts, consult with her client, and otherwise prepare for trial.

      c)      At this time, the defendant has no objection to the Court continuing the status conference and agrees that this date is necessary for effective preparation as outlined below.

      d)      Counsel for defendant believes that the requested continuance will provide them reasonable time necessary for effective preparation, considering the exercise of due diligence.

      e)      The government does not object to the amount of time that the defense needs for effective trial preparation.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2021, to July 27, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 2, 2021                    PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/ ROBERT J. ARTUZ
                                       ROBERT J. ARTUZ
                                       Special Assistant U.S. Attorney


Dated: July 2, 2021                    /s/ CHRISTINA SINHA
                                       CHRISTINA SINHA
                                       Assistant Federal Defender
                                       Counsel for Defendant
                                       JAMES VINCENT JR.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of July, 2021.

                                       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE